# EXHIBIT B

| 305.961.9310 |
|---|

## PROOF OF SERVICE

CID NO. **2021-SP-DMR/INT-01**                    USAO NO. 2020V01590

SERVED (DATE): March 26-2021

PLACE OF SERVICE: SimpARose Pharmacy, 10016 Pines Blvd, Pembroke Pines, F 33024

SERVED ON (PRINT NAME): Charles Bonanno, PharmD.

MANNER OF SERVICE (PERSONAL DELIVERY OR CERTIFIED/REGISTERED MAIL): Personal Delivery

SERVED BY (PRINT NAME): Yeleina Slepukova

TITLE: Special Agent

## DECLARATION OF SERVER

I, an employee of the United States working under the direction and supervision of the Assistant United States Attorney identified on the face of this document in connection with a False Claims law investigation, certify that I served an executed copy of the civil investigative demand listed above. I declare under penalty of perjury under the laws of the United States of America that the forgoing information contained in this Proof of Service is true and correct.

Executed on 3/26/2021

SIGNATURE OF SERVER: [signature]

ADDRESS OF SERVER: 7900 Oak Lane, Suite 200, Miami Lakes, FL 33016