# EXHIBIT E

## THE LAW OFFICES OF JOHN A. TARTAGLIA, III
461 Westchester Avenue
Port Chester, New York 10573
Telephone: (914) 391-3111

July 12, 2021

**VIA OVERNIGHT MAIL**

United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Third Floor
Miami, Florida 33132

Attn:   Clarissa Schild
        Assistant United States Attorney

       *Re:   **SimfaRose Pharmaceutical Specialty, Inc.**
            **Responses to CID***

Dear Clarissa:

    Enclosed please find a USB drive containing the documents produced by SimfaRose in response to the CID, including documents responsive to Request No. 12 subject to objections even though no response is required at this time. As you may know, the docket on the Medicaid audit that the government dismissed is publicly accessible at http://flrules.elaws.us/doahcase/18-000223mpi.

    Please do not hesitate to contact me if you have any questions or if you would like to further discuss SimfaRose's responses.

Very truly yours,

**THE LAW OFFICES OF JOHN A. TARTAGLIA, III**

John A. Tartaglia

cc:   Andrea Wolfson