# EXHIBIT F

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Mejia, John A (OIG/OI); Andrea Wolfson |
| **Subject:** | examples [encrypt] |
| **Date:** | Thursday, July 22, 2021 7:12:00 PM |
| **Attachments:** | ▉▉▉▉▉ Extracted Pages.pdf |
| | ▉▉▉▉▉ Extracted Pages.pdf |

John, please see examples of illegible screenshots attached.

**Clarissa Pinheiro Schild**

Assistant United States Attorney

United States Attorney's Office

Southern District of Florida

99 NE 4th Street, Third Floor

Miami, FL 33132

Phone: (305) 961-9310

Email: clarissa.schild@usdoj.gov





NRx - SIMFAROSE PHARM. SPEC. (Store 0)

File Edit New Reports Inventory A/R Facility Management Store Control System Utilities Help

Log Out | Rx Tasks | Save | Void | Previous Refill | Print Label | Daily Recap | Documents | Date Change | Workflow Info | Security Journal | Billing History | Recon Info

Transactions 167562

General Information | Additional Information | Delivery Information | Transaction Signature | Primary Billing | Secondary Billing | Tertiary Billing | Transaction Note

Transaction #: [ ] Find

Rx Number: **06099310** Sequence #: **0001**

| | | | |
|---|---|---|---|
| Patient: | [redacted] | Action: | Edited |
| Drug: | EPCLUSA 400 MG-100 M | Checkout: | Yes |
| NDC: | 61958 2201 01 | Pharmacist: | SM |
| Lot Numbers: | | Technician: | RS |
| Acquisition Cost: | 24421.60 | Delivery Method: | |
| Last Line Option: | C30 | Label Type: | L1 |
| RX Origin: | 4 - Facsimile | Printed: | ☑ |
| Generic Option: | Generic Equivalent, Primary | DAW: | |

**Accounts Receivable** A/R Note

Account: [ ] Status: Cash Item

**Facility Information**

Facility: [ ] Code: Wing: [ ]

**Filling Information** Created Using: Fill w/ Label (MU)

| | | | |
|---|---|---|---|
| Quantity Authorized: | 28 | Orig Rx Date: | 03/26/2018 |
| Quantity Dispensed: | 28 | Date Filled: | 03/26/2018 |
| Quantity Remaining: | 0 | Total Qty Rem On Rx: | 0 |
| Days Supply: | 28 | Trans Time: | 10:26:33 |
| Refills Remaining: | 2 | Last Fill Date: | 05/18/2018 |
| Fill Number: | 00 | Date Refill Due: | 05/18/2018 |

**Billing Recap**

| | Primary | Secondary | Tertiary |
|---|---|---|---|
| Price Plan: | COMPLI CERX | | |
| Price Type: | Third Party | | |
| Date Billed: | 03/26/2018 | | |
| Rx Cost: | 25194.12 | .00 | .00 |
| Amount Adjud: | 25186.17 | .00 | .00 |
| Date Paid: | 04/04/2018 | | |
| Amount Paid: | 25186.17 | .00 | .00 |
| Authorization: | 18085399515 | | |
| Rebilled: | N | N | N |

| | |
|---|---|
| Primary: | 25186.17 |
| Secondary: | .00 |
| Tertiary: | .00 |
| Copay: | 8.35 |
| Additional Fee: | .00 |
| **Total Paid:** | **25194.52** |

NRx

System Date: 07/09/2021 | All tasks running | SUZETTE BONANNO | CAPS | NUM | INS

