# EXHIBIT H

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea@wolkon.net |
| **Subject:** | RE: ref: CID request |
| **Date:** | Friday, July 2, 2021 5:25:00 PM |

John,

- For Interrogatory 7, we are currently requesting the following while reserving our right to request other responsive documents later:

**Identify the name, address, telephone numbers, and point of contact for all wholesalers, manufacturers, or suppliers from whom You purchased [*or returned/sold back*] [*prescription drug products*] dispensed at SimfaRose during the Relevant Time Period.** ~~List all products You purchased from each wholesaler, manufacturer, or supplier during the Relevant Time Period.~~

The crossed-out portion above can be set aside for the time being because this portion will likely be addressed by your responses to Document Request 12. Please let me know if you have questions related to Document Request 12.

- Regarding the copayment assistance information you mentioned, can you please provide a sample? That will help us determine if this is something we currently need.
- Request Number 6 asks specifically for documents related to "policies and practices." That would include, for example, emails/other communications discussing those policies and practices, and any written policies/procedures. This question does not seek copies of prescriptions or PDMP reports.

Hopefully this helps.

Clarissa

---

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Wednesday, June 30, 2021 11:56 PM
**To:** Schild, Clarissa (USAFLS) <cschild@usa.doj.gov>
**Cc:** Andrea@wolkon.net
**Subject:** Re: ref: CID request

Clarissa:

It is my understanding from your email of May 28, 2021 that SimfaRose's response to Interrogatory No. 7 is limited to providing a list of all of the sources from whom it purchased prescription drugs (e.g., wholesalers, distributors, etc.) during the relevant time period as requested in my letter of March 31, 2021.

With respect to Interrogatory No. 9 and Request No, 5, SimfaRose may have documents relating to

copayment assistance provided to or on behalf of patients by pharmaceutical drug manufacturers. If I recall correctly, such documents were already provided to your office in response to prior subpoenas. As discussed during our telephone conversation on June 29, 2021 at 2:06 p,m,, SimfaRose's records are maintained by patient and any such documents would be maintained in particular patient files. Therefore, to the extent these documents may be responsive, SimfaRose would only be able to identify and produce them if you provide a list of specific patients for whom you would like any such information. If you are unwilling or unable to do so or narrow these items by removing this category, SimfaRose would have to review each and every single one of its patient files to determine whether they contain any such information or documents, which as I am sure can understand and appreciate is extremely and unduly burdensome,

Request No. 6 seeks, among other things, all documents related to SimfaRose's opioid prescribing/dispensing policies and practices, including but not limited to policies regarding compliance with prescription drug monitoring programs and prescription drug monitoring program data. As you know, Florida's PDMP ("E-FORCSE"), generally requires pharmacies to report each initial and refill prescription of a controlled substance in classes II through V (as defined in Florida Statutes section 893.03) that a pharmacy dispenses. This Request is so broad that it ostensibly requires SimfaRose to produce each and every controlled substance prescription and PDMP report or other data transmission that was ever made over the past seven (7) years even if they have no connection with a federal healthcare program. That is entirely too broad, not reasonably calculated to lead to any relevant information, and you already have most if not all of this information as documented in my letter of March 31, 2021. Please clarify and/or narrow the scope of this request in light of the foregoing.

Thank you for your time and assistance.

John

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI) |
| **Subject:** | RE: Simfa Rose CID |
| **Date:** | Friday, May 28, 2021 2:05:00 PM |

Hi John,

I wanted to get back to you on a few items.

Please let us know what software SimfaRose uses or has used to maintain its records. If it changed software, please let us know the dates each was used (for the time period of the CID). That information will help us determine whether and how to prioritize some of the document requests. I need this from you ASAP.

At this time you may hold off on responding to document request number 3—we won't need that information for now.

For Interrogatory 7--the response can be limited to providing the requested information for all wholesalers/manufacturers/suppliers used to purchase or return/sell back *prescription drug products*, as you indicated in your letter.

I'll have more information for you once we hear back on the software.

Thank you,

Clarissa

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Tuesday, April 6, 2021 2:08 PM
**To:** Schild, Clarissa (USAFLS) <cschild@usa.doj.gov>
**Cc:** Andrea Wolfson <Andrea@wolkon.net>; Mejia, John A (OIG/OI) <John.Mejia@oig.hhs.gov>
**Subject:** Re: Simfa Rose

Dear Clarissa:

Thank you for your letter.  By way of brief initial response to the same and without addressing all of the claims raised therein, we intend to provide you with the following additional information and evidence in response to your letter dated April 5, 2021: (1)  ; (2)  ; and (3)

Please confirm that this additional information sufficiently responds to your letter.

Unfortunately, because of                                                                                                                                                                                                                                                                                                              .  In light of this, the fact that we will need to                                                     , and the significant amount of information and documents SimfaRose will be gathering for you as set forth above, we will not be able to get you everything by Monday April 12, 2021 as requested in your letter.

We respectfully request an extension of time to respond to your letter in full by no later than May 3, 2021.  We will provide the information and documents as they are gathered on a rolling basis in the interim and expect to be able to provide a significant portion of it in advance of this date.

The return date of the CID and the statutory deadline for seeking a protective order are quickly approaching.  As such, the respondents will also need an extension of time to respond to the CID and, in an abundance of caution, an extension of time to file a petition to modify or set aside under 31 U.S.C. 3733(j) until at least June 18, 2021 at this point.

Please advise as to whether you agree to these extensions at your earliest possible convenience.

Thank you in advance for your attention to this and your anticipated courtesies.

Please advise as to whether yo