# EXHIBIT J

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI); Nayor, Nain (USAFLS) |
| **Subject:** | RE: CID to SimfaRose entities no. 2021-SP-DMR/INT-01 |
| **Date:** | Wednesday, December 8, 2021 4:24:00 PM |

John,

I have not heard from you since August, though I have received paper documents from SimfaRose via FedEx as recently as November 9, 2021. We have at this point received 3 boxes total from SimfaRose (on or about August 17, 2021; October 5, 2021; and November 9, 2021), in addition to records produced via email and USB thumb drives. The paper documents in the 3 boxes appear to be patient medical records, though they are not organized in any way whatsoever that we can determine, are not labeled as required by the CID instructions, are not in native format and do not contain metadata per the CID instructions, and do not otherwise indicate what document requests they respond to. From our review of the documents, we have no indication SimfaRose has closed out any of the document requests from CID 2021-SP-DMR/INT-01. You also have declined to answer multiple pending questions I have posed, which has made it impossible for us to resolve remaining CID disputes. At this time, we have no way of evaluating the progress of your client's compliance with the CID, but it appears much remains outstanding.

We have also reviewed copies we requested from the District of New Jersey investigation in an effort to see if some documents might not need to be reproduced by your client. However, SimfaRose's production to New Jersey was similarly not organized in a way that would allow us to evaluate compliance. Nor have you identified specific documents produced to New Jersey that might reasonably be located to avoid reproduction. As mentioned previously, these are also separate investigations covering different scopes. We are therefore unable to identify any documents that we can obtain from New Jersey in lieu of receiving them directly from the SimfaRose entities in response to CID 2021-SP-DMR/INT-01.

We are granting SimfaRose and related entities an extension until January 10, 2022, to provide all responsive, non-privileged documents; any applicable privilege log; all information for electronic documents as requested in the CID "Data Production Specifications," and any other information we have requested in connection with the CID, including supplemental interrogatory responses. For any items that remain unresolved or outstanding, we will need to address them via a petition for enforcement filed in court.

Thank you,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310

Email: clarissa.schild@usdoj.gov

**From:** Schild, Clarissa (USAFLS)
**Sent:** Friday, September 17, 2021 6:17 PM
**To:** John T jtartaglia@jatlawoffice.com
**Cc:** Andrea Wolfson AndreaW@wolkon.net; Mejia, John A (OIG/OI) John.Mejia@oig.hhs.gov
**Subject:** RE: CID to SimfaRose - Additional Documents

John, I have not received a response from you. We have received a box of paper records from SimfaRose, but I don't know what those are responsive to. Please see below and advise.

Clarissa

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI) |
| **Subject:** | RE: CID to SimfaRose - Additional Documents |
| **Date:** | Friday, September 17, 2021 6:16:00 PM |

John, I have not received a response from you. We have received a box of paper records from SimfaRose, but I don't know what those are responsive to. Please see below and advise.

Clarissa

**From:** Schild, Clarissa (USAFLS)
**Sent:** Thursday, August 12, 2021 7:19 PM
**To:** John T <jtartaglia@jatlawoffice.com>
**Cc:** Andrea Wolfson <AndreaW@wolkon.net>; Mejia, John A (OIG/OI) <John.Mejia@oig.hhs.gov>
**Subject:** RE: CID to SimfaRose - Additional Documents

John,

I write to confirm receipt of the email below and the email from 8 am this morning referencing an additional thumb drive, and to address some of the pending issues.

1. You sent us a USB drive containing electronic records, which we received on July 19, 2021. Your cover letter for those documents states: "Enclosed please find a USB drive containing the documents produced by SimfaRose in response to the CID, including documents responsive to Request No. 12 subject to objections even though no response is required at this time." Besides this statement, there is no further explanation as to which documents relate to which CID requests. Please note that the CID instructions state: "All documents produced in response to this demand shall be segregated and labeled to show the document request to which the documents are responsive . . . ."
   A review of the records contained in that USB drive indicates that it contains, among other items, a "Personnel List" presumably created in July 2021; a pdf document called "Policy & Procedures" that appears to contain SimfaRose policies regarding controlled substances distribution; and an excel document entitled "Medicaid Audit Final MAF." The USB drive contains 46 items, of which one is a zip file containing 10 pdf files relating to "Pharmacy Operations," for a total of 55 items. It is evident from these documents that they relate to various CID requests, and that they are not all responsive to Request 12. Without more information, we cannot tell which documents are responsive to which CID request(s). Please provide us with that information for these documents and any documents produced going forward.
2. This is another example of why we cannot simply accept documents produced to New Jersey as being responsive to our CID. We cannot tell from the documents produced to New Jersey what CID requests they are responsive to. We also cannot determine completeness of the responses.
3. On July 22, 2021, I sent you an email addressing several points you had raised. I have not received a response from you on these pending items. For example, CID interrogatory 7

requests SimfaRose's points of contact at the wholesalers/suppliers that it used, along with other contact information. SimfaRose still has not provided this information. Additionally, you have thus far refused to provide any information regarding what steps SimfaRose has taken to search for and provide responsive emails and text messages, including search methods and search terms used. This is basic information we discuss with defense counsel for any CID. Please address this and the other pending items listed in the July 22, 2021 email.

4. Looking over SimfaRose's production so far, I see we have at least some patient records for 20 of the 30 patients on our patient list. Your email from this morning indicates that you will also be sending records for ▇▇▇▇▇ and ▇▇▇▇ (Is that the same person as ▇▇▇▇ ▇▇▇▇?), so that will be records for 22 patients total. I don't have any sense at this point as to whether these patient records are basically complete or if you will have to supplement them significantly. Please provide an update on the patient records (CID Request 2). In addition to these patient records, you sent the USB drive from July 19 that contains approximately 55 items (some PDF files, some Excel files, some Word documents), which appear to be responsive to different CID requests. You've also produced 9 additional PDF files that contain audit reports or documentation responsive to Request 8, and one additional PDF entitled "Compliance Emails" that you said is responsive to Interrogatory 2. Please confirm or indicate whether I am missing something.

5. Please provide a status update as to the pending CID requests and when you plan to provide additional documents. Please do not restate your objections—I already know what those are and right now would like a status update only on the following: Interrogatory 7 and Document Requests 1, 2, 4, 5, 6, 8, 9, and 10.

6. I wanted to address Document Request 9, which asked for: All documents related to any adverse event experienced by any patient prescribed an opioid by You, including any overdose, complication, or death.
   In SimfaRose's responses, it stated that SimfaRose does not prescribe drugs and therefore has no responsive documents. I would like to point out that the intent of this request was to ask for adverse events documents for patients who were **dispensed** opioids by SimfaRose. Please respond to Request 9 accordingly with the adverse events information.

Thank you,


**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI) |
| **Subject:** | RE: CID to SimfaRose - Additional Documents |
| **Date:** | Thursday, August 12, 2021 7:18:00 PM |

John,

I write to confirm receipt of the email below and the email from 8 am this morning referencing an additional thumb drive, and to address some of the pending issues.

1. You sent us a USB drive containing electronic records, which we received on July 19, 2021. Your cover letter for those documents states: "Enclosed please find a USB drive containing the documents produced by SimfaRose in response to the CID, including documents responsive to Request No. 12 subject to objections even though no response is required at this time." Besides this statement, there is no further explanation as to which documents relate to which CID requests. Please note that the CID instructions state: "All documents produced in response to this demand shall be segregated and labeled to show the document request to which the documents are responsive . . . ."

    A review of the records contained in that USB drive indicates that it contains, among other items, a "Personnel List" presumably created in July 2021; a pdf document called "Policy & Procedures" that appears to contain SimfaRose policies regarding controlled substances distribution; and an excel document entitled "Medicaid Audit Final MAF." The USB drive contains 46 items, of which one is a zip file containing 10 pdf files relating to "Pharmacy Operations," for a total of 55 items. It is evident from these documents that they relate to various CID requests, and that they are not all responsive to Request 12. Without more information, we cannot tell which documents are responsive to which CID request(s). Please provide us with that information for these documents and any documents produced going forward.

2. This is another example of why we cannot simply accept documents produced to New Jersey as being responsive to our CID. We cannot tell from the documents produced to New Jersey what CID requests they are responsive to. We also cannot determine completeness of the responses.

3. On July 22, 2021, I sent you an email addressing several points you had raised. I have not received a response from you on these pending items. For example, CID interrogatory 7 requests SimfaRose's points of contact at the wholesalers/suppliers that it used, along with other contact information. SimfaRose still has not provided this information. Additionally, you have thus far refused to provide any information regarding what steps SimfaRose has taken to search for and provide responsive emails and text messages, including search methods and search terms used. This is basic information we discuss with defense counsel for any CID. Please address this and the other pending items listed in the July 22, 2021 email.

4. Looking over SimfaRose's production so far, I see we have at least some patient records for 20 of the 30 patients on our patient list. Your email from this morning indicates that you will also be sending records for ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ (Is that the same person as ▮▮▮▮▮▮?), so that will be records for 22 patients total. I don't have any sense at this point as to whether these patient records are basically complete or if you will have to supplement

them significantly. Please provide an update on the patient records (CID Request 2). In addition to these patient records, you sent the USB drive from July 19 that contains approximately 55 items (some PDF files, some Excel files, some Word documents), which appear to be responsive to different CID requests. You've also produced 9 additional PDF files that contain audit reports or documentation responsive to Request 8, and one additional PDF entitled "Compliance Emails" that you said is responsive to Interrogatory 2. Please confirm or indicate whether I am missing something.

5. Please provide a status update as to the pending CID requests and when you plan to provide additional documents. Please do not restate your objections—I already know what those are and right now would like a status update only on the following: Interrogatory 7 and Document Requests 1, 2, 4, 5, 6, 8, 9, and 10.
6. I wanted to address Document Request 9, which asked for: All documents related to any adverse event experienced by any patient prescribed an opioid by You, including any overdose, complication, or death.
   In SimfaRose's responses, it stated that SimfaRose does not prescribe drugs and therefore has no responsive documents. I would like to point out that the intent of this request was to ask for adverse events documents for patients who were ***dispensed*** opioids by SimfaRose. Please respond to Request 9 accordingly with the adverse events information.

Thank you,


**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

---

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Tuesday, August 10, 2021 5:12 PM
**To:** Schild, Clarissa (USAFLS) <cschild@usa.doj.gov>
**Cc:** Andrea Wolfson <AndreaW@wolkon.net>
**Subject:** CID to SimfaRose - Additional Documents

Clarissa:

Attached please find various records for the above referenced patient. The remaining documents for this patient are too large to be produced to you by email. They are being placed on a USB/thumb drive that will be overnighted to you tomorrow.

--
**The Law Offices of John A. Tartaglia, III**
**461 Westchester Avenue**
**Port Chester, New York 10573**
**Telephone: (914) 391-3111**