# EXHIBIT K

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI); Nayor, Nain (USAFLS) |
| **Subject:** | Re: CID to SimfaRose entities no. 2021-SP-DMR/INT-01 |
| **Date:** | Tuesday, December 21, 2021 6:48:00 PM |

John,

To clarify: DEA officials are the ones who authorize and direct these inspection warrants. AUSAs from my office submit the paperwork to the Court since that must be handled by an AUSA. The administrative inspection warrant is otherwise handled by their office, not ours.

The deadline remains the same as I stated below for documents responsive to the CID that are in the Simfarose entities' possession. For records that are currently in DEA's possession, we certainly will not expect you to produce those.

Thank you,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

---

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Friday, December 17, 2021 11:18 AM
**To:** Schild, Clarissa (USAFLS) <cschild@usa.doj.gov>
**Cc:** Andrea Wolfson <Andrea@wolkon.net>; Mejia, John A (OIG/OI) <John.Mejia@oig.hhs.gov>; Nayor, Nain (USAFLS) <NNayor@usa.doj.gov>
**Subject:** [EXTERNAL] Re: CID to SimfaRose entities no. 2021-SP-DMR/INT-01

Clarissa,

By way of brief initial response to your email and without addressing all of the inaccuracies therein, we will review this further and provide you with an appropriate response in advance of your arbitrary and unilaterally set deadline of January 10, 2022. As you know, law enforcement agencies including the DEA are currently executing an inspection warrant you prepared and under your direction and in connection with that are seizing numerous boxes of documents that include among other things patient records.  Please advise in the interim and at your earliest convenience the extent to which this raid affects the contentions in your email below.