# EXHIBIT M

| Meeting Name | Meeting Start Time | Meeting End Time | Name | Attendee Email | Join Time | Leave Time | Attendance Duration | Connection Type |
|---|---|---|---|---|---|---|---|---|
| SimfaRose | 2022-01-07 15:00:00 | 2022-01-07 15:30:00 | Nain Nayor | nain.nayor@usdoj.gov | 2022-01-07 14:51:42 | 2022-01-07 15:27:00 | 36 mins | Other app |
| SimfaRose | 2022-01-07 15:00:00 | 2022-01-07 15:30:00 | Nain Nayor | nain.nayor@usdoj.gov | 2022-01-07 14:51:42 | 2022-01-07 15:27:00 | 36 mins | Desktop app |
| SimfaRose | 2022-01-07 15:00:00 | 2022-01-07 15:30:00 | John Mejia | john.mejia@oig.hhs.gov | 2022-01-07 14:55:09 | 2022-01-07 15:27:00 | 32 mins | Desktop app |
| SimfaRose | 2022-01-07 15:00:00 | 2022-01-07 15:30:00 | Clarissa Schild | clarissa.schild@usdoj.gov | 2022-01-07 15:01:44 | 2022-01-07 15:26:48 | 26 mins | Desktop app |