**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO._____

UNITED STATES OF AMERICA,

    Petitioner,

v.

SUZETTE BONANNO; CHARLES
BONANNO; and SIMFA ROSE
PHARMACEUTICAL SPECIALTY, INC.
d/b/a SIMFAROSE PHARMACY.

    Respondents.
_____/

**[PROPOSED] ORDER TO ENFORCE COMPLIANCE WITH CIVIL INVESTIGATIVE DEMAND 2021-SP-DMR/INT-01**

Upon due consideration of the United States' petition under 31 U.S.C. § 3733(j) for summary enforcement of Civil Investigative Demand ("CID") 2021-SP-DMR/INT-01 issued to respondents Suzette Bonanno, Charles Bonanno, and Simfa Rose Pharmaceutical Specialty, Inc. d/b/a SimfaRose Pharmacy (collectively, "Respondents"), and the arguments set forth in the supporting papers, answering papers, and reply papers submitted in connection with that petition;

IT IS HEREBY ORDERED that, pursuant to 31 U.S.C. § 3733(j), Respondents shall, within thirty (30) days of issuance of this order:

(1) provide complete responses to Interrogatories 1-6, 9-11, and to Interrogatory 7 as revised by the Government in its July 2, 2021 email to Respondents;

(2) produce, under a sworn certificate in the form specified in CID 2021-SP-DMR/INT-01, all non-privileged documents responsive to Document Requests 1, 2 and 4-12 in accordance with the CID Instructions for Production; and

(3) produce a privilege log in accordance with CID Instructions for Production 8 and 9 to the extent any responsive documents are privileged.

IT IS FURTHER ORDERED that, in the event that Respondents fail to comply with any of the requirements of this Order, the United States may seek sanctions and/or a finding of civil contempt as to Respondents.

**DONE** and **ORDERED** in chambers in Miami, Florida this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

Cc:

**Clarissa Pinheiro Schild**
Assistant United States Attorney