**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-mc-20422-JEM

UNITED STATES OF AMERICA,

     Petitioner,

v.

SUZETTE BONANNO; CHARLES
BONANNO; and SIMFA ROSE
PHARMACEUTICAL SPECIALTY, INC.
d/b/a SIMFAROSE PHARMACY.

     Respondents.

_____/

**NOTICE OF FILING CERTIFICATE OF SERVICE FOR PETITION OF THE UNITED
STATES FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATIVE DEMAND
2021-SP-DMR/INT-01 AND SUPPORTING MEMORANDUM OF LAW**

The United States of America, by and through the undersigned counsel, hereby files its

Certificate of Service for the Petition of the United States for Summary Enforcement of Civil

Investigative Demand 2021-SP-DMR/INT-01 and Supporting Memorandum of Law.

Dated:  February 10, 2022

                                              Respectfully submitted,

                                              **JUAN ANTONIO GONZALEZ**
                                              **United States Attorney**

                                              *Clarissa Pinheiro Schild*
                                              **Clarissa Pinheiro Schild**
                                              **Assistant United States Attorney**
                                              Fla. Bar No.: 0056784
                                              United States Attorney's Office
                                              99 N.E. 4th Street, 3rd Floor
                                              Miami, Florida 33132
                                              Tel.: 305.961.9310
                                              E-mail: clarissa.schild@usdoj.gov
                                              *Counsel for the United States*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Petition of the United States for Summary Enforcement of Civil Investigative Demand 2021-SP-DMR/INT-01 and Supporting Memorandum of Law, along with all exhibits, has been served this day, February 10, 2022, on all counsel of record identified in the attached service list by electronic mail.

*Clarissa Pinheiro Schild*
Clarissa Pinheiro Schild
Assistant United States Attorney

## SERVICE LIST

John Tartaglia, Esq.
jtartaglia@jatlawoffice.com

Andrea Wolfson, Esq.
Andrea@wolkon.net