UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20422-MC-MARTINEZ

UNITED STATES OF AMERICA,

    Petitioner,

v.

SUZETTE BONANNO, *et al.*,

    Respondents.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before this Court upon Petitioner's Motion to File Under Seal Unredacted Version of Petitioner's Reply in Support of Its Petition for Summary Enforcement of Civil Investigative Demand 21-SP-DMR/INT-01 (the "Motion"), (ECF No. 20). Having reviewed the Motion and record and being otherwise fully advised, it is

ORDERED and ADJUDGED that:

1. The Motion, (ECF No. 20), is GRANTED.

2. Petitioner may file under seal its unredacted reply and exhibits under seal, which shall remain under seal until this Court's further order or the Parties' agreement.

3. Petitioner shall separately file an unsealed redacted version of its reply contemporaneously with the sealed unredacted version.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of May, 2022.

                                                                _____
                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record