# EXHIBIT 1

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Simfarose Pharmacy

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 12/17/2021

DIVISION/DISTRICT OFFICE
Miami Field Division.
2100 N. Commerce Parkway.

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 11 Folders | CIII-V Invoices. | AIW |
| 12 Folders. | CII Invoices. | |
| 1 | Medication user agreement. | |
| 1 | Florida Statutes. | |
| 1 | BOP notices. | |
| 1 | Misc FL DOH Documents. | |
| 4 | Desk calendars. | |
| 1 | 222 Binder forms. | |
| 1 | Misc prescription auth document. | |
| 1 | Original inventories Nov 2019. | |
| 1 | DDMP records Jan-June 2021 July to Dec 2021 | |
| 1 | Binder on call tracking log | |
| 1 | CB Resume. | |
| 1 | Payroll reports | I presume these |
| 1 | FL Medicaid Binder. | are the actual records |
| 1 | Medicare compliance program | taken ↓ |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): DI Melissa Sewanee

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): Jessen A Diaz, DI

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Simfarose Pharmacy

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE  12/17/2021

DIVISION/DISTRICT OFFICE

Miami Field Division
2100 N. Commerce Parkway

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Louisiana BOP Binder. | AIW |
| 1 | Drugs filled from comm. Pharm Inventory | ↑ |
| 1 | SOP. | |
| 1 | Pharm Specialities. | |
| 1 | Medicare folder. | |
| 1 | Dept of business cs reporting. | |
| 1 | Licensure verification log #39 | |
| 1 | log #3 | |
| 1 | log #21 | |
| 1 | Audit folder. | |
| 1 | Board of pharm. statutes. | |
| 1 | QS1 print outs | |
| 2 | Boxes PDMP records. | |
| 2 | Boxes of C3-C5 CSA+0D CS prescriptions. | I presume these are |
| 2 | Boxes of C2 prescriptions | the actual records taken |
| | nothing else follows | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
DI Melissa Swinehe

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Jessenia Diaz  DI

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Simfarovt Pharmacy

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 12/17/2021

DIVISION/DISTRICT OFFICE
Miami Field Division
2100 N. Commerce Parkway

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 BOX | Courier Docs Jan-Dec 2021 | AIV |
| 1 | External HDD S/N WMAVU8391568 | |
| 14 | Misc. Flashdrives | |
| 1 | DVR S/N Y2020112200001 | |
| 1 | Server S/N JXFWZ72 | |
| 1 | Desktop Computer S/N JK92WK2 | |
| 1 | WD External Drive SN: YK0V6LLY | |

I presume these are the actual records taken

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
DI Melissa Saavedra

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Jessenia Diaz, DI

FORM DEA-12 (8-02) Previous editions obsolete                Electronic Form Version Designed in JetForm 5.2 Version