**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-mc-20422-JEM

UNITED STATES OF AMERICA,

    Petitioner,

v.

SUZETTE BONANNO; CHARLES
BONANNO; and SIMFA ROSE
PHARMACEUTICAL SPECIALTY, INC.
d/b/a SIMFAROSE PHARMACY.

    Respondents.
_____/

**SECOND DECLARATION OF CLARISSA PINHEIRO SCHILD IN SUPPORT
OF THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT OF CIVIL
INVESTIGATIVE DEMAND 2021-SP-DMR/INT-01**

I, Clarissa Pinheiro Schild, pursuant to 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. This is my second declaration made in support of the United States' Petition for Summary Enforcement of Civil Investigative Demand 2021-SP-DMR/INT-01 ("the CID") to Suzette Bonanno, Charles Bonanno, and Simfa Rose Pharmaceutical Specialty, Inc. d/b/a SimfaRose Pharmacy, their pharmacy business (together, "Respondents").

2. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Southern District of Florida. I am the False Claims Law investigator for the CID under 31 U.S.C. § 3733(a)(2)(B)(iii) and (C)(iii).

3. As an AUSA, one of my responsibilities includes filing applications in federal court for administrative inspection warrants ("AIWs") on behalf of the Drug Enforcement Administration ("DEA"). However, I do not have responsibility over the AIWs themselves and do not oversee

their execution, nor do I have authority to order pursuit of an AIW or determine when one will be pursued. AIWs are handled by and fall under the authority of the DEA in connection with DEA's responsibilities to enforce the Controlled Substances Act. I do not have authority to instruct the DEA, the FBI, or the Pembroke Pines Police Department to hold anyone prisoner. I have never ordered anyone to deny attorney Andrea Wolfson access to her clients.

4. A true and correct copy of my email to Ms. Wolfson regarding a potential conflict of interest, dated March 26, 2021, is attached as Exhibit C.

5. A true and correct copy of my email exchange with Ms. Wolfson asking and obtaining permission to discuss the potential conflict of interest and pertinent information with attorney John Tartaglia, is attached as Exhibit E.

6. A true and correct copy of my email to Ms. Wolfson with attached letter addressing a potential conflict of interest, dated April 5, 2021, is attached as Exhibit D.

7. The Government shared the conflict of interest letter discussing Ms. Wolfson's potential conflict only with Ms. Wolfson, Mr. Tartaglia, and Government personnel working on the matter.

8. A true and correct copy of a letter I sent via email to Mr. Tartaglia on April 13, 2021, clarifying multiple inaccuracies identified in a letter he had sent on March 31, 2021, is attached as Exhibit H.

9. A true and correct copy of my email and attached letter to Mr. Tartaglia summarizing events up to that point, dated June 25, 2021, is attached as Exhibit I.

10. Between April 5, 2021, and June 29, 2021, counsel for Respondents provided the United States their chosen information to address ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2

███████████████████████████████████

11. A true and correct copy of my June 29, 2021, email exchange with Mr. Tartaglia and Ms. Wolfson, wherein I requested and received Respondents' consent to continued representation by Ms. Wolfson, is attached as Exhibit F.

12. Following receipt of Respondents' consent to continued representation on June 29, 2021, the Government requested no further information from Respondents or Ms. Wolfson to address the potential conflict of interest between them.

13. A true and correct copy of Ms. Wolfson's response to DEA Administrative Subpoena No. G1-20-888152 is attached as Exhibit J.

14. A true and correct copy of my email to Ms. Wolfson dated February 18, 2021, following up on the failure to finish responding to DEA Administrative Subpoena No. G1-20-888152, is attached as Exhibit K. No response to the email was received.

15. A true and correct copy of my emails to Mr. Tartaglia and Ms. Wolfson explaining documents in DEA's possession, documents not in DEA's possession, and documents that should be produced in response to the CID, are attached as Exhibit G.

Dated:  May 11, 2022                                     Respectfully submitted,

*Clarissa Pinheiro Schild*
**Clarissa Pinheiro Schild**
**Assistant United States Attorney**
Fla. Bar No.: 0056784
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel.: 305.961.9310
E-mail: clarissa.schild@usdoj.gov
*Counsel for the United States*