UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-mc-20422-JEM

UNITED STATES OF AMERICA,

    Petitioner,

v.

SUZETTE BONANNO; CHARLES
BONANNO; and SIMFA ROSE
PHARMACEUTICAL SPECIALTY, INC.
d/b/a SIMFAROSE PHARMACY.

    Respondents.
_____/

**DECLARATION OF MELISSA SZWANKE IN SUPPORT OF THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATIVE DEMAND 2021-SP-DMR/INT-01**

I, Melissa J. Szwanke, pursuant to 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. This is my first declaration made in support of the United States' Petition for Summary Enforcement of Civil Investigative Demand 2021-SP-DMR/INT-01 ("the CID") to Suzette Bonanno, Charles Bonanno, and Simfa Rose Pharmaceutical Specialty, Inc. d/b/a SimfaRose Pharmacy, their pharmacy business (together, "Respondents").

2. I am a Diversion Investigator ("DI") with the Drug Enforcement Administration ("DEA"). My responsibilities include participating in the execution of administrative inspection warrants ("AIWs") along with DEA agents and other DEA personnel, and preparing affidavits in support of AIWs.

3. On December 17, 2021, at approximately 9:00 a.m., Miami Field Division Tactical Diversion Squad executed an administrative inspection warrant at SimfaRose Pharmacy, located at 10016 Pines Blvd, Pembroke Pines, FL 33024.

4. At no time was Charles Bonanno handcuffed during execution of the AIW.

5. At no time was Charles Bonanno forbidden from consulting with counsel.

6. At no time was Charles Bonanno prevented from seeking medical care.

7. A true and correct copy of the inventory of items taken during the AIW is attached hereto as Exhibit 1. A copy of this inventory was left with Charles Bonanno on December 17, 2021.

8. Although a pharmacy server was taken during the AIW, other computers and a back-up server were left with the pharmacy after discussing the matter with Charles Bonanno. According to Mr. Bonanno, the back-up server contained duplicates of all items on the server that was taken.

9. In executing the AIW, DEA focused on records from SimfaRose Pharmacy for a two-year period based on the requirement that DEA registrants must keep at least two years' worth of inventory and other records available for inspection and copying under 21 C.F.R. § 1304.04.

Dated:  May 11, 2022                                  Respectfully submitted,

*Melissa J. Szwanke*
**Melissa J. Szwanke**
**Diversion Investigator**
Drug Enforcement Administration
Tel.: 571-362-3081