# EXHIBIT C

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | Andrea Wolfson |
| **Subject:** | CID SimfaRose Pharmacy |
| **Date:** | Friday, March 26, 2021 3:30:00 PM |

Dear Ms. Wolfson:

I wanted to give you a heads up that your client, SimfaRose Pharmacy, was served with a civil investigative demand today. Specifically, I wanted to let you know that we have identified a potential conflict of interest in this case that we wanted to discuss with you. It appears ███████████ ████████████████████████████████████████████████████████ ███ You may be a witness in this matter. Please give me a call at 786-360-9770 so that we may discuss further.

Thanks very much,

Clarissa

**Clarissa Pinheiro Schild**

Assistant United States Attorney

United States Attorney's Office

Southern District of Florida

99 NE 4th Street, Third Floor

Miami, FL 33132

Phone: (305) 961-9310

Email: clarissa.schild@usdoj.gov