# EXHIBIT E

| | |
|---|---|
| **From:** | Andrea Wolfson |
| **To:** | Schild, Clarissa (USAFLS) |
| **Subject:** | RE: Simfa Rose |
| **Date:** | Tuesday, March 30, 2021 2:30:32 PM |

Ms. Schild, I have no problem with your providing information that you think is relevant to the alleged conflict of interest.

*Andrea L. Wolfson, Esq.*

**Wolfson & Konigsburg, P.A.**
**3350 S.W. 134 Terrace**
**Davie, Florida 33330**
**Tel:  (954) 583-4570**
**Fax: (954) 583-4063**
*andreaw@wolkon.net*

**PRIVILEGE AND CONFIDENTIALITY NOTICE** : This e-mail is covered by the Electronic Communications Privacy Act, 18 U S C  2510-2521 and is legally privileged  The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message  This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments  Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient  Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by  Wolfson & Konigsburg, P A   for damage arising in any way from its use

**From:** Schild, Clarissa (USAFLS) <Clarissa.Schild@usdoj.gov>
**Sent:** Tuesday, March 30, 2021 2:28 PM
**To:** John T <jtartaglia@jatlawoffice.com>
**Cc:** Andrea Wolfson <Andrea@wolkon.net>; Mejia, John A (OIG/OI) <John.Mejia@oig.hhs.gov>
**Subject:** RE: Simfa Rose

In order to explain the potential conflict of interest, I will need to provide some information about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I wanted to let you know this in advance—please let me know if you would like to discuss before I send.

Thank you,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Tuesday, March 30, 2021 12:24 PM