# EXHIBIT F

| | |
|---|---|
| **From:** | John T |
| **To:** | Schild, Clarissa (USAFLS) |
| **Cc:** | Andrea@wolkon.net |
| **Subject:** | Fwd: ref: CID request |
| **Date:** | Tuesday, June 29, 2021 8:08:44 PM |

Clarissa,

It was good talking to you earlier today.  Per your request, please see the below confirmation email from SimfaRose. I have a few questions about the scope of the information and documents sought by the particular demands in the CID for which responses are currently being requested as set forth in your recent letter which I will present after reviewing our prior correspondence regarding the same. I will transmit these to you under separate cover as soon as possible so that we can discuss and resolve them and the appropriate information can be provided to you.

Thank you,
John

---------- Forwarded message ---------
From: **Charles Bonanno** <cbonanno@simfaroserx.net>
Date: Tue, Jun 29, 2021, 6:55 PM
Subject: ref: CID request
To: John T <jtartaglia@jatlawoffice.com>


John,

   This will confirm that Simfarose wants Mrs. Wolfson to continue to represent them in this investigation.




Charles Bonanno PharmD.

Pharmacy Director

Simfarose Pharmaceutical Specialty

954-435-7200 ext. 215 office



AND NOW WE'RE...

CONFIDENTIALITY NOTICE:. This electronic mail transmission may contain privileged, confidential and/or protected health information and is intended only for the review of the party to whom it is addressed.  Any unauthorized use or disclosure of the information contained herein may be a violation of federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.