# EXHIBIT G

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | John T |
| **Cc:** | Andrea Wolfson; Mejia, John A (OIG/OI); Nayor, Nain (USAFLS) |
| **Subject:** | Re: CID to SimfaRose entities no. 2021-SP-DMR/INT-01 |
| **Date:** | Friday, January 7, 2022 2:09:00 PM |

Mr. Tartaglia:

The administrative inspection warrant (AIW) and the CID have different purviews, as I have mentioned previously. As part of an AIW, there are many documents that DEA does not take because they are unrelated to controlled substances. Many of these documents, however, would be responsive to the CID. We expect those items to be produced. Additionally, there is of course some overlap between the CID and the AIW. To the extent DEA has taken a document that the pharmacy no longer has in its possession, of course, we would no longer expect that document to be produced. However, and this is very important, I do not expect there to be that many documents that fall under that category.

For example, a pharmacy server was taken by DEA, but the pharmacy represented that it has a duplicate back-up server containing the same information. Information from Mr. Bonanno's laptop was taken, but he still has the laptop. For items such as this, where DEA took a duplicate, we would still expect the SimfaRose entities to comply with the CID because the pharmacy still has this information in its possession. The pharmacy still has multiple computers available and back-ups of information. Your representation as to what was taken by DEA is simply inaccurate.

Let me be even clearer. This CID was served on the pharmacy March 26, 2021. To date, we have not received an email or text message production as required by the CID (other than some scattered emails that may be mixed in with other records), and these were not produced to DEA. I can tell you from my experience and those of my colleagues that this is very unusual. By now, the pharmacy should have been able to produce substantial amounts of emails and other electronic records. The bulk of what SimfaRose has produced in response to the CID to date is patient records, which should be readily available and easy to produce with a short turnaround based on the requirements for participation in federal programs and maintaining controlled substance records. Why it has taken SimfaRose this many months to produce simple patient records certainly raises questions.

To further assist you, we are highlighting some specific examples of evidence that SimfaRose should have in its possession and that we expect to be produced in response to the CID:

-emails
-text messages
-pharmacy logs and spreadsheets pertaining to drugs such as Endari, that are not controlled substances and were specifically referenced in the CID
-drug purchase records (as part of the AIW, DEA only obtained a small subset of these from wholesaler McKesson for an approximate 2-year period starting January 1, 2020; these were obtained electronically directly from McKesson and no paper records were taken from the pharmacy)
-CareTend records (these were not taken by DEA, as Mr. Bonanno stated no controlled substance

records were dispensed using CareTend, but they relate to matters responsive to the CID)
-the CID relates to more than one business entity, and the AIW was executed at one SimfaRose location

These are only examples and not an exhaustive list. It is your client's responsibility to comply with the CID requirements, with your assistance. Your client has had many months to do so. You should also have a production log, which is standard practice, that keeps track of what has already been produced and what remains to be produced. Therefore, you should be able to identify what remains to be produced to comply with the CID. The instructions on the CID and the CID requests are clear, I have already made several clarifications in order to assist, and to the extent you had further questions, you have been given plenty of opportunities to ask them.

We have a call scheduled for this afternoon at 3pm to answer any additional questions about CID compliance.

Thank you,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov

---

**From:** John T <jtartaglia@jatlawoffice.com>
**Sent:** Thursday, January 6, 2022 5:02 PM
**To:** Schild, Clarissa (USAFLS) <cschild@usa.doj.gov>
**Cc:** Andrea Wolfson <Andrea@wolkon.net>; Mejia, John A (OIG/OI) <John.Mejia@oig.hhs.gov>; Nayor, Nain (USAFLS) <NNayor@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: CID to SimfaRose entities no. 2021-SP-DMR/INT-01

Ms. Schild:

It is not at all clear to me from your emails exactly what you claim to remain unresolved or outstanding or what you are asking SimfaRose to produce by January 10, 2022.

The DEA seized and still has in its possession essentially all of SimfaRose's records, including its entire computer server system, everything on the QS/1 software system, every piece of data on Mr. Bonanno's laptop, drug purchase records (and is serving subpoenas on the wholesalers for records it did not seize, Cardinal Health and AmeriSource Bergen), numerous patient records, and even the boxes of documents it previously produced to you in response to the CID, among many, many other things.

SimfaRose has nothing you/the DOJ do not already have. The DEA currently has in its possession everything you've asked for and much more. What more do you want from us?

Please let me know.

Thank you,

John

| | |
|---|---|
| **From:** | Andrea Wolfson |
| **To:** | Schild, Clarissa (USAFLS) |
| **Subject:** | [EXTERNAL] Re: SimfaRose CID 2021-SP-DMR/INT-01 |
| **Date:** | Wednesday, January 5, 2022 3:35:14 PM |

We would like to conference with you on Friday afternoon at 3 pm if that is alright?

On Jan 5, 2022 at 3:00 PM, <Clarissa (USAFLS) Schild> wrote:

Good afternoon Ms. Wolfson:

I have received your voicemail message from earlier today. I'll address your questions here, but in case you still have questions, we are available to get on a conference call with you.

Regarding CID compliance, we do not expect SimfaRose to provide records that were taken by DEA as part of its December 2021 administrative inspection. However, to the extent the pharmacy has responsive documents still in its possession that were not taken by DEA, we expect those to be produced and a privilege log to be provided for any privileged records. Your voicemail message suggested that DEA took all records that would be responsive to the CID. That would not be the case—there are records that fall under the CID that would not fall under DEA's purview. We would expect those documents to be produced.

We can make ourselves available via conference call today at 4pm or Friday afternoon if you have further questions. Please let us know in advance so that we can circulate a dial-in.

Thank you,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132
Phone: (305) 961-9310
Email: clarissa.schild@usdoj.gov