# EXHIBIT J

| | |
|---|---|
| **From:** | Andrea Wolfson |
| **To:** | Schild, Clarissa (USAFLS) |
| **Cc:** | Charles Bonanno |
| **Subject:** | RE: DEA Administrative Subpoena G1-20-888152 |
| **Date:** | Tuesday, February 2, 2021 11:56:57 AM |
| **Attachments:** | SWANKE RESPONSE FOLLOW UP 1.21.21 - Copy.pdf |
| | ▓▓▓▓ Scrpts.zip |

I sent you a formal response to the subpoena by email and regular mail again this week end. Yes my client is willing to provide you with any documents that were requested that he has in his possession. I am attaching again a copy of the letter that I sent to you this week-end. Please call with any questions. Thank you.

*Andrea L. Wolfson, Esq.*

**Wolfson & Konigsburg, P.A.**
**3350 S.W. 134 Terrace**
**Davie, Florida 33330**
**Tel: (954) 583-4570**
**Fax: (954) 583-4063**
*andreaw@wolkon.net*

**PRIVILEGE AND CONFIDENTIALITY NOTICE** : This e-mail is covered by the Electronic Communications Privacy Act, 18 U S C  2510-2521 and is legally privileged  The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message  This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments  Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient  Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Wolfson & Konigsburg, P A  for damage arising in any way from its use

**From:** Schild, Clarissa (USAFLS) <Clarissa.Schild@usdoj.gov>
**Sent:** Friday, January 29, 2021 11:01 AM
**To:** Andrea Wolfson <Andrea@wolkon.net>
**Cc:** Szwanke, Melissa J <Melissa.J.Szwanke@usdoj.gov>
**Subject:** RE: DEA Administrative Subpoena G1-20-888152

Dear Ms. Wolfson,

Please let us know if your client will be cooperating with the subpoena.

Thanks so much,

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Third Floor
Miami, Florida 33132
Phone: (305) 961-9310
Fax: (305) 530-7139
Email: clarissa.schild@usdoj.gov

**From:** Schild, Clarissa (USAFLS)
**Sent:** Thursday, January 21, 2021 5:58 PM
**To:** 'Andrea Wolfson' <Andrea@wolkon.net>
**Cc:** 'Szwanke, Melissa J' <Melissa.J.Szwanke@usdoj.gov>
**Subject:** DEA Administrative Subpoena G1-20-888152

Ms. Wolfson,

Thanks for getting on the phone with us today. Hopefully the information below addresses your

**LAW OFFICES OF§**
**WOLFSON & KONIGSBURG, P.A.**
3350 SW 134 TERRACE
Davie, Florida 33330

**ANDREA LEE WOLFSON**  TELEPHONE (954)583-4570

**ALAN H. KONIGSBURG**  FACSIMILE  (954) 583-4063

February 1, 2021

**VIA EMAIL TO:  Melissa.j.Swanke@usdoj.gov**
Ms. Melissa Szwanke
U.S. Department of Justice
Drug Enforcement Administration
3200 Meridian Parkway, Suite 107
Weston, FL 33331

    Re: Case No.:  GI-19-2041
    Subpoena No.:GI-20-89852

Dear Ms. Szwanke,

  This letter shall confirm that Simfa Rose Pharmacy has responded to an Administrative Subpoena issued by the U.S. DOJ, Drug Enforcement Agency to Simfa Rose Pharmacy on or about August 17, 2020. The Administrative Subpoena was issued pursuant to an active investigation concerning [REDACTED] and [REDACTED]). The DEA confirmed that Simfa Rose Pharmacy, its principals, owners, officers, and employees are not the subject of the DEA's investigation into alleged violations of the Drug Enforcement Act. The agency subpoenaed documents in Simfa Rose's possession that are relevant to alleged violations **of 21 U.S.C. §801 et seq** involving [REDACTED] and/or [REDACTED].

  On January 11, 2021 I advised you that Simfa Rose Pharmacy provided you with documents contained in [REDACTED] file that were covered by **21 USC §§812—814.** Simfa Rose Pharmacy responds to the administrative subpoena as follows:

1. Patient Profile:   No document exists.
2. Hard Copy of prescriptions for schedule II – V controlled substances dispensed since 1/1/2014 were provided as attachments to emails dated September 23, 2020; October 15, 2020; January 11, 2021.
3. Documents relating to [REDACTED] prescribing practices: **None exist.**
4. Correspondence with patient re: denials **None exist.**
5. Documents in system referencing denials of fills: N**one stored in system.**

Melissa Szwanke
Subpoena to Simfa Rose Pharmacy re: █████████
February 2, 2021
Page 2

    6.  Agreements between pharmacy and ██████████: **None exist.**

    7.  Documents related to agreement for remuneration given by ██████ to Pharmacy: **None exist.**

Simfa Rose Pharmacy has provided you with hard copies of all prescriptions written by ██████████ for ████████ that are in its possession. The other "documents" subpoenaed are not in the pharmacy's file. Several prescriptions written by ██████████ for ██████ were not filled for various reasons since January 1, 2014. The pharmacy is required to keep a record of controlled substances that it dispensed and hard copies of those documents were provided earlier. If you have any questions regarding this response to your subpoena, please contact me at your earliest convenience.

Sincerely,

*Andrea Lee Wolfson, Esq.*

ANDREA L. WOLFSON, ESQ