# EXHIBIT K

| | |
|---|---|
| **From:** | Schild, Clarissa (USAFLS) |
| **To:** | Andrea Wolfson |
| **Cc:** | Szwanke, Melissa J; Charles Bonanno |
| **Subject:** | RE: DEA Administrative Subpoena G1-20-888152 |
| **Date:** | Thursday, February 18, 2021 2:41:00 PM |

Ms. Wolfson, we have not received responses to our questions, copied below. Please respond by Monday, February 22.

Regards,

**Clarissa Pinheiro Schild**

Assistant United States Attorney

United States Attorney's Office

Southern District of Florida

99 NE 4th Street, Third Floor

Miami, Florida 33132

Phone: (305) 961-9310

Fax: (305) 530-7139

Email: clarissa.schild@usdoj.gov

**From:** Schild, Clarissa (USAFLS)
**Sent:** Tuesday, February 2, 2021 4:48 PM
**To:** 'Andrea Wolfson' <Andrea@wolkon.net>
**Cc:** 'Szwanke, Melissa J' <Melissa.J.Szwanke@usdoj.gov>; Charles Bonanno <cbonanno@simfaroserx.net>
**Subject:** FW: DEA Administrative Subpoena G1-20-888152

Good afternoon, please call me Clarissa.

I received your voicemail message and emails from today, including the zip file with PDFs and cover letter. I will address each issue separately in red.

You asked me via email today if hard copies of the prescriptions have already been provided to us. We discussed this with you by telephone but will address again here. DI Szwanke was given electronic copies (no hard copies) of several prescriptions, but several remain outstanding. There is a substantial number of prescriptions that appear on the patient's PDMP but that we have not received from Simfarose. These prescriptions are listed in the attached spreadsheet (disregard the highlights on the spreadsheet—we do not have ANY of the prescriptions on the spreadsheet). Please view the spreadsheet and provide an explanation as to why these prescriptions have not been provided. If none of these prescriptions was ever filled, please explain why these were reported to the State.

Today you sent a zip file via email containing 4 PDF documents, parts IV, V, VI, and VII of patient B.C.'s "scripts." These PDF files had already been produced to DI Szwanke. They make up only a

portion of the documents that had been produced to DI Szwanke. DI Szwanke has previously also received electronic copies of parts I, II and III of patient B.C.'s "scripts," as well as Parts I through IX of the patient's "Records." However, as we discussed via telephone, this production did not contain all the records requested in the subpoena.

Thank you for providing a cover letter with responses to the subpoena. Hopefully this will help us address the remaining issues. My responses to the cover letter are below:

On January 11, 2021 I advised you that Simfa Rose Pharmacy provided you with documents contained in [B.C.'s] file that were covered by **21 USC §§812—814.** Simfa Rose Pharmacy responds to the administrative subpoena as follows:
1. Patient Profile: No document exists. As we discussed via telephone, the patient profile is a term that refers to the patient's history of prescriptions filled at your pharmacy. It is undisputed that this patient has a history of prescriptions at your pharmacy. Even if you do not call the document a "patient profile," please provide us with the full history of this patient's prescriptions.
2. Hard Copy of prescriptions for schedule II – V controlled substances dispensed since 1/1/2014 were provided as attachments to emails dated September 23, 2020; October 15, 2020; January 11, 2021. As already discussed via telephone and in our emails, we are missing the prescriptions identified in the attached spreadsheet. Again, please review the attached spreadsheet and address the missing prescriptions.
3. Documents relating to Dr. ▓▓▓▓▓▓ prescribing practices: **None exist.**
4. Correspondence with patient re: denials **None exist.**
5. Documents in system referencing denials of fills: N**one stored in system.**
6. Agreements between pharmacy and Dr. ▓▓▓▓▓▓: N**one exist.**
7. Documents related to agreement for remuneration given by Dr. ▓▓▓▓▓ to Pharmacy: **None exist.**

Simfa Rose Pharmacy has provided you with hard copies of all prescriptions written by Dr. ▓▓▓▓▓▓ for [B.C.] that are in its possession. The other "documents" subpoenaed are not in the pharmacy's file. Several prescriptions written by Dr. ▓▓▓▓▓▓ for [B.C.] were not filled for various reasons since January 1, 2014. If several prescriptions written by Dr. ▓▓▓▓▓▓ "were not filled for various reasons," then these are denied fills or decisions not to fill and documentation pertaining to these decisions would need to be produced. Please address why this documentation has not been produced.  The pharmacy is required to keep a record of controlled substances that it dispensed and hard copies of those documents were provided earlier. If you have any questions regarding this response to your subpoena, please contact me at your earliest convenience.

Thank you for your cooperation. Please address these outstanding issues. A password for the attached spreadsheet is being provided via separate email.

**Clarissa Pinheiro Schild**
Assistant United States Attorney
United States Attorney's Office

Southern District of Florida
99 NE 4th Street, Third Floor
Miami, Florida 33132
Phone: (305) 961-9310
Fax: (305) 530-7139
Email: clarissa.schild@usdoj.gov