UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: [1:22-mc-20422-JEM]

UNITED STATES OF AMERICA

    Petitioner,

v.

SUZETTE BONANNO;
CHARLES BONANNO; and
SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,,d/b/a
SIMFAROSE PHARMACY,

    Respondents.

_____/

## DECLARATION OF CHARLES BONANNO IN SUR-REPLY OPPOSITION OF THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATION DEMAND 2021-SP-DMR/INT-01

**Pursuant to 28 U.S.C. § 1746, I, Charles Bonanno herby declare under penalty of perjury as follows:**

1. I am a pharmacist licensed in Florida and have been since 1984. As the founder of and Pharmacy Manager at SimfaRose Pharmacy since it opened in 2007, I oversee all aspects of the pharmacy and its operations including.

2. This Declaration is therefore based on my personal knowledge.

3. SimfaRose is not only a traditional retail or community pharmacy but a specialty pharmacy[1] that is accredited by the Commission for Health Care, and also accredited as a

---

[1] A specialty pharmacy provides services beyond those typically offered by retail or community pharmacies such as CVS and Walgreen's. These services include treating rare or complex diseases with high cost, high touch preparation of non-compounded and compounded medications for patients that maybe allergic to certain prescription drugs that require special therapies.

1

compounding pharmacy by the Pharmacy Compounding Accredited Board that specializes in providing oncology drugs and cancer treatment, including nonsterile compounds and infusions therapies. Many oncology doctors and other medical providers rely on SimfaRose to provide their patients with all ancillary drug therapies in addition to their chemotherapy drugs.

4. We founded and opened SimfaRose pharmacy in 2007. The computer server the DEA seized on December 17, 2021, and is still in the government's possession, was the primary server computer SimfaRose has used since it opened in 2007. The government took the server, without regard for patient care, which contained about 2 terabytes of data dating all the way back to 2007.

5. Two (2) terabytes are an enormous amount of data. In terms of digital size, 2 terabytes can store 250 movies that are each 120 minutes long (500 hours' worth), 34,000 hours of music, 80 days of videos, and 620,000 photographs.

6. SimfaRose has been using QS/1 for its pharmacy management software since 2007.

7. QS/1 software application system was installed on the server, the government seized over 5 months ago and still has not returned, which QS1 cannot be accessed without this software application.

8. For any pharmacy, the pharmacy management software it uses is so vital to its operation that it cannot function without it. The same is true for SimfaRose.

9. The QS/1 system and the information stored in it is the lifeblood of the pharmacy. It is used constantly by SimfaRose pharmacy staff to perform many important functions such as completing and managing pharmacy workflow (i.e., the entire process of filling a prescription from receipt to dispensation), processing claims, determining patient eligibility for insurance coverage,

2

recording, and reviewing patient medical information such as notes and medication histories, labs and much, much more.

10. There is a ***massive*** amount of data, information, and documents in QS/1 that is in the government's possession and literally at its fingertips to analyze and review in various ways. To give the Court some idea how immense this information is, a DEA computer forensic technician printed a report of all information in QS/1 for every single patient in the system, which is basically every single person the pharmacy has ever received or filled a prescription for from the beginning of time (when it opened in 2007) and till December 17, 2021, in alphabetical order by last name. 226 pages of the report printed, and the report was not even half-way through patients with last names beginning with "A."

11. There were approximately 100 gigabytes of data stored on SimfaRose QS/1 cloud when the government took the server. It took about eight (8) hours to download this data (which we are not sure contains all of the data in the primary server computer) to the backup server which we thankfully had available to avoid the DEA putting Simfarose out of business from taking the primary server. 100 gigabytes of data, you could browse the internet on your phone for 1,666 hours, stream over 20,000 songs, or download 2,000 hours of music. Assuming an average size of a PDF file of a typical prescription stored on the QS/1 cloud, you could store 300,000 prescriptions and with 100 gigabytes and you can store 250,000 Microsoft Office files with an average size of 400kb.

12. The amount of documentary materials that the government has now in its possession from taking SimfaRose's QS/1 files is not only astronomical in terms of physical size, but also colossal in qualitative terms by any measure, especially when compared to the CID's demands. ***QS/1 contains what is essentially the entire universe of information and documents***

3

***_for all non-specialty prescription and some specialty drug products, for both controlled substances and non-controlled substances, that SimfaRose has ever received, filled, refilled, and dispensed from its inception in 2007 up through the December 17, 2021 seizure._*** This includes documentation of each and every such prescription order, the details of every such prescription (e.g., patient and prescriber name and information, the drug, dosage, quantity, number of refills ordered, if any, and the physician instructions, the dates that every such prescription was filled, refilled, and dispensed, the amounts billed to the patient and insurance and the payments received for each and every such prescription, a patient profile for every patient the pharmacy has serviced, and much, much more.

13. This exponentially more than what the government asked for in what is already an overly broad CID. The CID only seeks information and documents covering the government's "relevant time period" or "the period beginning January 1, 2015, to the present." Many RFPs in the CID ask for entire categories of documents and are only limited by the government's "relevant time period." (RFP #1-3, 6, 10 & 12). The QS/1 software the government took and still has in its possession is not limited to this time. It covers the entire life of the pharmacy from its inception in 2007 through the December 17, 2021, DEA raid. Thus, as to both types of requests the government has in its possession with the QS/1 software alone far more information and documents than what it sought in even the broadest of the broad requests in the CID.

14. By taking the QS/1 software, the government would have all documents requested for all 30 patients in Table A to RFP #2 that SimfaRose is aware of. And because it took the server and still has not returned is nearly 6 months later, the government at this point may have even more records than SimfaRose at this point because all it left us with was whatever was stored on the QS/1 cloud for these patients and we would have no way of knowing whether this is everything

4

we had when the government took the server nor would we know one way or the other with any certainty if the government were to claim anything was missing or what it represented to have was everything it took when it walked out with our server in December 2021. Not only that, BUT the QS1 software the government took from us would have even more than what the government sought for the 30 patients in Table A because the information and documents in QS/1 span the life of the pharmacy up until the DEA raid which means the government has even more than what it had asked for as to the 30 patients on the list. Not only that, but the government also has a staggering amount of records that vastly exceed the scope of this request as it has responsive documents for essentially every one of SimfaRose's patients since it opened in 2007 up to the time it took our software on December 17, 2021.

15. For the same reasons, the government has essentially everything it wants in RFP #7 and 11 and a monumental amount of information and documents going far beyond the scope of these requests as limited by the lists. Considering for example the fact that the QS/1 software not only contains all records for the particular drugs listed in RFP #11 both within and for many years beyond the "relevant time period" but also contains these records with respect to a staggering number of additional drugs and doctors that far beyond the limited scope of these requests (i.e., for basically every prescriber of a non-specialty drug and every non-specialty drug ever dispensed over the course of the pharmacy's entire existence), it becomes even more clear that the government already has a shockingly huge amount of information and document in its possession as to these matters that is by any means vastly more than what the government could ever reasonably expect, need or want in any false claims investigation.

16. The QS/1 system is linked to the pharmacy's point of sale system (cash register) and thus contains payment records for prescriptions dispensed to patients and other sales and

documents related to the same, including receipts for payments made for prescription drugs by patients and insurance and other payers such as Medicare and Medicaid. As such, the government has in its possession far more than the records sought by RFP #12.

17. The U.S. Attorney that issued the CID has wanted access the QS/1 system since at least around July 2021 I believe so that she could obtain the information and documents she demanded in the CID. She asked our attorney for the name of the software system the pharmacy uses and said that she had researched QS/1 and said that she saw no reason to modify or narrow any of the CID's demands based on what she knows about QS/1. She also asked our attorney on more than 1 occasion to allow law enforcement agents to come to the pharmacy to "help us" respond to the CID by coming into the pharmacy, accessing QS/1 from our computers, running reports on QS/1, and extracting the information they produced from the software for us. We said this would not be necessary. She then took matters into her own hands by using the administrative inspection warrant she obtained from this Court to take and copy the entire QS/1 system and all the information and documents, instead of just the controlled substance records the government was authorized to inspect and take under the warrant.

18. When it copied all of the information on the laptop computer, I use to run the pharmacy and seized my wife Suzette's desktop computer, that took, among many other things, all of the email records stored on these computers, which is all email records in our possession that we are presently aware of. As the President of SimfaRose Pharmaceutical Specialty and the pharmacy manager, Suzette and I account for and had in our computers approximately 85% of all email records that exist for SimfaRose and 100% of management emails as well as all emails as to matters that would be of any significance in emails of current and former employees.

19. Every computer in the pharmacy is connected to and communicates with the server. Each computer has its own folder on the server that is used to store files from that individual computer related to the pharmacy's business. This includes a wide array of documents and information that are responsive to various CID demands such as every file that is scanned to a computer by a scanner, which typically consists of the driver's licenses presented by patients who need to provide photo identification before the pharmacy can dispense certain drugs to them such as Schedule II Controlled Substances under federal law, prescriptions, and various patient records, such as payment records, documents related to the collection of patients' cost-sharing for prescription drugs dispensed to them (co-payments, co-insurance, deductibles, etc.) in accordance with applicable fraud, waste and abuse laws and regulations, and patient financial assistance documents, among many other things. The files in these folders are automatically backed up daily and this has been the case ever since the pharmacy opened in 2007. Every fax the pharmacy receives is stored on the server and this has also always been the case since SimfaRose opened in 2007. Most of the faxes SimfaRose receives are prescriptions, medical and other patient records, prior authorization documents for coverage of certain prescriptions in accordance with the requirements health insurance and payers' requirements, and various communications from doctors' offices and other prescribers concerning patients, their medical treatment and prescriptions. The government has all these documents and many, many more in its possession because of its unlawful seizure in violation of this Court's directives and the limitations set forth in the Controlled Substances Act that the warrant was issued under.

20. As stated above, the QS/1 software contains a mountainous amount of information and documents far beyond what the government requested in the CID, as broad as it is, and everything the government could ever possibly need to complete an objective FCA in good faith.

7

The towering size of information and documents stored in the QS/1 pales in comparison to the data on the server given that the QS/1 data accounts for just 0.1 of the 2 terabytes of data in the server the government took.

Dated: May 22, 2022
      Ft. Lauderdale, Florida

_____
CHARLES BONANNO