UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: [1:22-mc-20422-JEM]

UNITED STATES OF AMERICA

    Petitioner,

v.

SUZETTE BONANNO;
CHARLES BONANNO; and
SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,,d/b/a
SIMFAROSE PHARMACY,

    Respondents.

_____/

## DECLARATION OF SARINA BONANNO IN SUR-REPLY OPPOSITION OF THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATION DEMAND 2021-SP-DMR/INT-01

Pursuant to 28 U.S.C. § 1746, I, Sarina Bonanno herby declare under penalty of perjury as follows:

1. This Declaration is made in Sur-Reply opposition of the United States' Petition for Summary Enforcement of Civil Investigation Demand 2021-SP-DMR/INT-01 (CID) as against the above named Respondents.

2. I am a Clinical Pharmacist employed by Simfarose Pharmacy (Simfarose) (An Accreditation Commission for Healthcare Certified, ACHC Specialty Oncology Pharmacy) one of the named respondents herein.

1

3. On Friday, December 17, 2021, at approximately 12:15 pm, using my cell phone, I videotaped the interaction between SimfaRose pharmacy attorney Andrea Wolfson and Agents of the United States Drug Enforcement Agency (DEA) same being provided to this Court and the Government as a flash drive Exhibit labeled IMG-4698. I have reviewed that Exhibit and it is a true and accurate description of the events I recorded.

4. The video is one minute and fourteen seconds long. At twelve (12) seconds into the video, Attorney Wolfson identifies to the DEA Agent, that she is "of Record in this case." *See*, Declaration of Andrea L. Wolfson at 20. Ms. Wolfson was denied access to her client as the DEA Agent, through a locked door apparently incorrectly declared the site was a 'crime scene."

5. Sometime after Attorney Wolfson was denied access to her client, I observed and heard Attorney Wolfson requesting medical attention for Charles Bonanno that was denied by the DEA Agents. Again through a locked door the DEA Agents told Ms. Wolfson, "if he faints we will let you call an ambulance." *See*, Declaration of Andrea L. Wolfson at 21.

Dated: May 20, 2022
Ft. Lauderdale, Florida

SARINA BONANNO