UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: [1:22-mc-20422-JEM]

UNITED STATES OF AMERICA

    Petitioner,

v.

SUZETTE BONANNO;
CHARLES BONANNO; and
SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,,d/b/a
SIMFAROSE PHARMACY,

    Respondents.

_____/

**DECLARATION OF GLADYS SUAREZ IN SUR-REPLY OPPOSITION OF THE UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT OF CIVIL INVESTIGATION DEMAND 2021-SP-DMR/INT-01**

**Pursuant to 28 U.S.C. § 1746, I, Gladys Suarez herby declare under penalty of perjury as follows:**

1. This Declaration is made in Sur-Reply opposition of the United States' Petition for Summary Enforcement of Civil Investigation Demand 2021-SP-DMR/INT-01 (CID) as against the above named Respondents.

2. I am an Administrative Assistant employed by Simfarose Pharmacy (Simfarose) (An Accreditation Commission for Healthcare Certified, ACHC Specialty Oncology Pharmacy) one of the named respondents herein.

1

3. On Friday, December 17, 2021, at approximately 12:15 pm, I was present outside the locked front doors of the Simfarose pharmacy and observed Sarina Bonanno using her cell phone to videotape the interaction between Simfarose pharmacy attorney Andrea Wolfson and Agents of the United States Drug Enforcement Agency (DEA). I have reviewed the video being provided to this Court and the Government as a flash drive Exhibit labeled IMG-4698 and it is a true and accurate description of what occurred.

4. The video is one minute and fourteen seconds long. At twelve (12) seconds into the video, Attorney Wolfson identifies to the DEA Agent, that she is "of Record in this case." *See*, Declaration of Andrea L. Wolfson at 20. Ms. Wolfson was denied access to Dr. Bonanno as the DEA Agent, through a locked door told Ms. Wolfson that the pharmacy was a 'crime scene."

5. Sometime after Attorney Wolfson was denied access to Dr. Bonanno, I observed and heard Attorney Wolfson requesting medical attention for Dr. Bonanno that was denied by the DEA Agents. Again through a locked door the DEA Agents told Ms. Wolfson, "if he faints we will let you call an ambulance." *See*, Declaration of Andrea L. Wolfson at 21.

Dated: May 20, 2022
Ft. Lauderdale, Florida

*[signature]*
GLADYS SUAREZ

2