UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-20422-MARTINEZ/BECERRA

---------------------------------------------------------X

UNITED STATES OF AMERICA

        Petitioner,

v.

SUZETTE BONANNO;
CHARLES BONANNO; and
SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,d/b/a
SIMFAROSE PHARMACY,

        Respondents.

---------------------------------------------------------X

## RESPONDENTS' STATUS REPORT

Respondents, SimfaRose Pharmaceutical Specialty, Inc., Suzette Bonanno and Charles Bonanno, by and through their undersigned counsel, and in accordance with the Court's Paperless Order dated April 6, 2023, hereby submit this Status Report, and state as follows:

As of today's date, Respondents' production in response to the Government's Civil Investigative Demand is nearly complete. By the end of the day, Respondents will have uploaded to the Government's Box portal the documents that were maintained in paper copies as well as the results of the running the Government's search terms for the following sources of electronically stored information:

1. All of the email addresses currently used by SimfaRose Pharmacy and its employees (a full list of which has been provided to the Government);

2. The back-up servers for SimfaRose Pharmacy and KGJ Enterprises;

3. The email boxes for the three former employees to which Respondents still have access due to their computers not being repurposed to other users. These former employees are Lora Pachejo, Terrance Adams, and Margie Brett; and

1

    4.       The user files from each of the computers used at SimfaRose Pharmacy.

There remains four sources of data that is in the process of being searched and reviewed for privilege:

    1.       The cell phone used by Charles Bonanno (used for both personal and business purposes);

    2.       The cell phone used by Suzette Bonanno (used for both personal and business purposes); and

    3.       Two non-custodial phones used by pharmacy personnel when they are "on call."

These sources have been gathered and loaded into the Relativity platform. The results of searching these devices will be uploaded to the Government by May 5, 2023. Respondents respectfully request leave of Court to serve an additional status report on or before May 5 to confirm final production of the data from these sources.

Additionally, after consultation between Respondents and the Government, the parties agreed that counsel for the Government is working directly with two vendors used by Respondents (trade names QS1 and CareTend), to obtain the data housed by the vendors that the government wishes to review. Respondents have cooperated with this process and have provided these vendors with their consent to provide the requested information to the Government. The Government reports that it has received the requested data from CareTend but has not yet received the data from QS1. Respondents are informed that the Government and QS1 will be having a follow-up meeting during the week of May 1 to finalize the parameters of what QS1 will provide.

Dated April 28, 2023

                                    Respectfully submitted,

                                    */s/ Richard D. Rivera*
                                    Richard D. Rivera - Florida Bar No. 0108251

rrivera@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel: (904) 598-6157
Fax: (904) 592-6257

And

Pat Bonanno, Esq. (admitted *pro hac vice*)
Pat Bonanno & Associates, P.C.
175 Main Street
White Plains, NY 10601
pbacounsel@gmail.com
(914) 948-5545 (Phone)

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Richard D. Rivera*
Attorney