UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-20422-MARTINEZ/BECERRA

---------------------------------------------------------X

UNITED STATES OF AMERICA

    Petitioner,

  v.

SUZETTE BONANNO;
CHARLES BONANNO; and
SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,d/b/a
SIMFAROSE PHARMACY,

    Respondents.

---------------------------------------------------------X

## RESPONDENTS' UPDATED STATUS REPORT

  Respondents, SimfaRose Pharmaceutical Specialty, Inc., Suzette Bonanno and Charles Bonanno, by and through their undersigned counsel, and in accordance with the Court's Paperless Order dated April 6, 2023 and as an update to their Status Report dated April 28, hereby submit this updated Status Report, and state as follows:

  Respondents have now provided the government with all of the documents that were maintained in paper copies as well as the results of the running the Government's search terms for all sources of electronically stored information maintained by Respondents that has been agreed to by the parties. This includes:

  1. All of the email addresses currently used by SimfaRose Pharmacy and its employees (a full list of which has been provided to the Government);

  2. The back-up servers for SimfaRose Pharmacy and KGJ Enterprises;

  3. The email boxes for the three former employees to which Respondents still have access due to their computers not being repurposed to other users. These former employees are Lora Pachejo, Terrance Adams, and Margie Brett;

    4.       The user files from each of the computers used at SimfaRose Pharmacy.

    5.       The cell phone used by Charles Bonanno (used for both personal and business purposes);

    6.       The cell phone used by Suzette Bonanno (used for both personal and business purposes); and

    7.       Two non-custodial phones used by pharmacy personnel when they are "on call."

Additionally, after consultation between Respondents and the Government, the parties agreed that counsel for the Government is working directly with two vendors used by Respondents (trade names QS1 and CareTend), to obtain the data housed by the vendors that the government wishes to review. Respondents have cooperated with this process and have provided these vendors with their consent to provide the requested information to the Government. The Government reports that it has received the requested data from CareTend but has not yet received the data from QS1. The Parties had a follow-up meeting with QS1 on May 2. Respondents understand that QS1 is providing the government with a complete list of all variables that can be queried and reported so that Petitioner can finalize what it wants QS1 to provide. Respondents will continue to cooperate with obtaining the requested data from QS1.

Dated May 10, 2023

                                                  Respectfully submitted,

                                                  */s/ Richard D. Rivera*
                                                  Richard D. Rivera - Florida Bar No. 0108251
                                                  rrivera@sgrlaw.com
                                                  SMITH, GAMBRELL & RUSSELL, LLP
                                                  50 N. Laura Street, Suite 2600
                                                  Jacksonville, FL 32202
                                                  Tel: (904) 598-6157
                                                  Fax: (904) 592-6257

                                                  And

>Pat Bonanno, Esq. (admitted *pro hac vice*)
>Pat Bonanno & Associates, P.C.
>175 Main Street
>White Plains, NY 10601
>pbacounsel@gmail.com
>(914) 948-5545 (Phone)
>
>*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

>*/s/ Richard D. Rivera*
>Attorney