AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-mc-20422-JEM |
| SUZETTE BONANNO, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SUZETTE BONANNO; CHARLES BONANNO; AND SIMFA ROSE PHARMACEUTICAL SPECIALTY, INC. d/b/a SIMFAROSE PHARMACY.

Date: 9/24/2023

/s/ Vittorio M. Penza
*Attorney's signature*

Vittorio M. Penza (1044891)
*Printed name and bar number*

261 5th St. NW
Naples, FL 34120

*Address*

vito@penzalawfirm.com
*E-mail address*

(239)-799-8486
*Telephone number*

(239)-999-1086
*FAX number*